228 F.2d 105
 Eugene F. EVARTS, Monrova S. Evarts, and Eugene K. Evarts, Appellants,
v.
C. J. JONES, C. S. Jones, Jones Brothers, C. J. Jones &
Associates, et al., Appellees.
 No. 14761.
 United States Court of Appeals Ninth Circuit.
 Dec. 9, 1955.
Rehearing Denied Jan. 23, 1956.
 
 Elon G. Galusha, Los Angeles, Cal., for appellants.
 Clock, Waestman & Clock, Long Beach, Cal., for appellees.
 Before HEALY, BONE, and CHAMBERS, Circuit Judges.
 PER CURIAM.
 
 
 1
 This case is here on a judgment of dismissal of appellants' complaint for want of jurisdiction.
 
 
 2
 The complaint shows affirmatively that all parties, both plaintiff and defendant, are citizens and residents of the State of California. The suit has to do only with a controversy arising out of the construction of a conditional sales contract, presenting no federal question.
 
 
 3
 Affirmed.